**Petition for Writ of Mandamus Denied and Memorandum Opinion filed May 16, 2019.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-19-00136-CV**

---

**IN RE SOUTHWEST AIRLINES CO., Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-28295**

---

## MEMORANDUM OPINION

On February 19, 2019, relator Southwest Airlines Co. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Christine Weems, presiding judge of the 281st District Court of Harris County, to set aside her

February 4, 2019 order granting the motion to compel filed by the real party in interest and denying relator's motion for protection subject to the provisions of the order.

Relator has not shown that it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We lift our stay order entered on February 22, 2019.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Spain.